No. 784. MARGARET C. LYNCH, EXECUTRIX, ETC. *v.* ALWORTH-STEPHENS COMPANY. March 3, 1924. Petition for a writ of certiorari to the Circuit Court of Ap-

peals for the Eighth Circuit granted. *Mr. Solicitor General Beck* for petitioner. No appearance for respondent.